UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOUGLAS V. RAHM, | ) | 17-CV-4018-LLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TCF NATIONAL BANK, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Douglas V. Rahm and Defendant TCF National Bank stipulate to dismiss all claims and causes of action raised by Plaintiff in this case with prejudice, each party to bear its own costs and fees.

Dated: February 3rd, 2020                    Respectfully submitted,

**REDSTONE LAW FIRM LLP**

Meghann M. Joyce
101 North Phillips Avenue, Suite 402
Sioux Falls, SD 57104
Telephone: 605/444-2809
Email: meghann@redstonelawfirm.com

*Attorney for Plaintiff Douglas V. Rahm*

**DORSEY & WHITNEY LLP**

/s/ Jillian Kornblatt
~~Jillian Kornblatt~~  Stephen D. Bell
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: 612/340-2600
Email: kornblatt.jillian@dorsey.com
Email: bell.steve@dorsey.com

*Attorney for Defendant TCF National Bank*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 6, 2020, I caused the foregoing document, titled **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**, to be filed with the Clerk of Court using the CM/ECF system, which will send notification and the availability of such filing to all counsel of record.

              */s/ Stephen D. Bell*
              Stephen D. Bell
              Dorsey & Whitney LLP